**[Clerks Office Only]**

**Name:**

**Samera Butler**

**Email Address:**

**topchoicehomecare@gmail.com**

**Phone Number**

**7326646088**

**Are you filing a new case?**

**Yes, I'm filing a new case.**

**Case Caption**

**NEW CASE**

**Case Number**

**Description of Document(s)**

**Enclosed for filing is a new Civil Complaint brought by Plaintiff Samera Butler (individually and o/b/o Top Choice Home Care, LLC) against Aging with Comfort, Inc., et al.This action invokes Federal Question Jurisdiction (Civil RICO) and Diversity Jurisdiction, seeking damages in excess of the jurisdictional threshold and to Proceed In the application of the Forma Pauperis (IFP)**

**Do you have a mailing address?**

**Yes**

**Select 'Yes' if you do not have a mailing address.**

**Mailing Address Line 1**

**216 N 5th Ave Unit 3 Long Branch, NJ 07740 email: topchoicehomecare@gmail.com**

**Mailing Address Line 2**

**35 Oxford Circle**

**City:**

**Southampton**

**State:**

**NJ**

**Zip Code:**

**08088**

**Other**

**Terms of Submission**

**Yes**

Hide empty values