**UNITED STATES DISTRICT COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMERA BUTLER, Indiv. and o/b/o TOP CHOICE HOME CARE, <br><br> Plaintiffs, <br><br> v. <br><br> AGING WITH COMFORT, PETRA CAPITAL PARTNERS, SILVERPALM CAPITAL, CHRISTIAN CHIBRAS, JEAN PAUL DESROCHERS, and BESHMIR KRIPA <br><br> Defendants. | Civil Action No. 2:26-cv-04855-JS |

**ENTRY OF APPEARANCE**

Please enter the appearance of Ely Goldin, Esq., of Fox Rothschild LLP as counsel for

Defendants Aging with Comfort, Inc. ("AWC"), Petra Capital Partners LLC, Silverpalm Capital,

Christian Chibras, Jean Paul Desrochers, and Beshmir Kripa (collectively, "Defendants").

Dated: August 14, 2026

Respectfully submitted,

**FOX ROTHSCHILD LLP**

*/s/ Ely Goldin*
Ely Goldin, Esq.
Pa. Bar No. 75937
Fox Rothschild LLP
980 Jolly Road, Suite 110
Blue Bell, PA 19422
Telephone: (610) 397-6509
Email: egoldin@foxrothschild.com

*Attorneys for Defendants Aging with Comfort, Inc., Petra Capital Partners LLC, Silverpalm Capital, Christian Chibras, Jean Paul Desrochers, and Beshmir Kripa*

## <u>CERTIFICATE OF SERVICE</u>

I, Ely Goldin, hereby certify that on August 14, 2026, the foregoing Entry of Appearance was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all registered participants. Because Plaintiff Samera Butler is proceeding *pro se* and may not be a registered CM/ECF participant, a true and correct copy of this filing was also served upon Plaintiff via first-class U.S. Mail at the following address:

Samera Butler
216 N. 5th Ave, Unit 3
Long Branch, NJ 07740
Topchoicehomecare@gmail.com

*/s/ Ely Goldin*
Ely Goldin, Esq.