**APPENDIX G**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SAMERA BUTLER, Indiv. and o/b/o
TOP

    V.

AGING WITH COMFORT, INC., et al.

Civil Action

No: 2:26-CV-04855- JS

DISCLOSURE STATEMENT FORM

Please check one box:

☑      The nongovernmental corporate party, SILVERPALM CAPITAL
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

☐      The nongovernmental corporate party, _____
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

08/14/2026                  */s/ Ely Goldin*
    Date                                                Signature

Counsel for: Defendants

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

    (a)      WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
two copies of a disclosure statement that:
        (1)      identifies any parent corporation and any publicly held corporation
owning10% or more of its stock;  or

        (2)      states that there is no such corporation.

    (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
        (1)      file the disclosure statement with its first appearance, pleading,
petition, motion, response, or other request addressed to the court;
and
        (2)      promptly file a supplemental statement if any required information
changes.