**<u>CERTIFICATE OF SERVICE</u>**

I, Ely Goldin, hereby certify that on August 14, 2026, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all registered participants. Because Plaintiff Samera Butler is proceeding *pro se* and may not be a registered CM/ECF participant, a true and correct copy of this filing was also served upon Plaintiff via first-class U.S. Mail at the following address:

Samera Butler
216 N. 5th Ave, Unit 3
Long Branch, NJ 07740
Topchoicehomecare@gmail.com

*/s/ Ely Goldin*
Ely Goldin, Esq.

188800885.1