**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

SAMERA BUTLER, Indiv. and o/b/o
TOP CHOICE HOME CARE,

*Plaintiffs,*

v.

AGING WITH COMFORT,
PETRA CAPITAL PARTNERS,
SILVERPALM CAPITAL,
CHRISTIAN CHIBRAS,
JEAN PAUL DESROCHERS, and
BESHMIR KRIPA,

*Defendants.*

CIVIL ACTION NO. 2:26-CV-04855- JS

**ORDER**

**AND NOW**, this 18th day of August 2026, upon consideration of Defendants, Aging with Comfort, Petra Capital Partners, Silverpalm Capital, Christian Chibras, Jean Paul Desrochers, and Beshmir Kripa's, Motion for Leave to File Under Seal (the "Motion"), it is hereby **ORDERED** that the Motion is **GRANTED**.

**By the Court**:

/s/ Juan R. Sánchez

Juan R. Sánchez
United States District Judge