**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMERA BUTLER, Indiv. and o/b/o<br>TOP CHOICE HOME CARE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AGING WITH COMFORT,<br>PETRA CAPITAL PARTNERS,<br>SILVERPALM CAPITAL,<br>CHRISTIAN CHIBRAS,<br>JEAN PAUL DESROCHERS, and<br>BESHMIR KRIPA,<br><br>*Defendants.* | CIVIL ACTION NO. 2:26-CV-04855- JS |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S EMERGENCY MOTION FOR AN EXTENSION OF TIME TO SECURE LEGAL COUNSEL**

Defendants, Aging with Comfort, Inc. ("AWC"), Petra Capital Partners LLC, Silverpalm Capital, Christian Chibras, Jean Paul Desrochers, and Beshmir Kripa (collectively, "Defendants"), respectfully oppose Plaintiffs' Emergency Contested Motion for a Second Extension of Time to Secure Legal Counsel (the "Motion"). (ECF No. 49).[1]

In most cases, a party retains counsel and *then* files a lawsuit. Here, Plaintiffs chose to proceed in reverse, which is to file a RICO Complaint on July 13, 2026, ten weeks after AWC made the final settlement payment under the Settlement Agreement. No one forced Plaintiffs into federal court. Plaintiffs initiated this action of their own volition, apparently without any plan for how they would prosecute it.

[1] For reasons not entirely clear to Defendants, the Motion was filed under seal.

Plaintiff's *second* request for an extension offers no reasonable basis to believe that counsel will appear. More than two months have passed since Plaintiffs filed their Complaint, and both Plaintiffs remain *pro se* — one impermissibly so. (ECF No. 6). In her Reply in Support of the Motion to stay Proceedings (ECF No. 45), filed after Plaintiffs' many additional *pro se* filings subsequent to the *first* extension request (ECF No. 12), Butler represented that she had scheduled meetings with attorneys and was in discussions with "HK Law Firm." *Id.* Her second extension motion makes no mention of those meetings or discussions. There is no explanation of what happened at those meetings, no identification of a prospective attorney, or any facts that would lead anyone to believe that Plaintiffs will actually secure counsel. Plaintiffs are stalling for the sake of stalling, not because there is any reasonable likelihood a lawyer will appear.

Defendants are not responsible for Plaintiffs' alleged banking problems, tax liens, or any other events referenced in the emergency motion. Defendants faithfully adhered to the terms of the Settlement Agreement and timely paid every cent they agreed to pay. Defendants have no knowledge of the unexplained "hold on corporate funds" that supposedly prevents Plaintiffs from paying counsel. The only thing that Defendants do know is that on August 28, 2026, some other party sued Butler and Top Choice for wage and hour violations in the Eastern District of Pennsylvania. *See Polochak v. Top Choice Home Care, LLC and Samera Butler*, No. 2:26-CV-06448-JHS (at ECF. No. 1).

Defendants respectfully submit that Plaintiffs have not established cause or good cause for the extension and, therefore, Plaintiffs' Emergency Motion should be denied.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Dated: September 15, 2026

By: */s/ Ely Goldin*

Ely Goldin, Esquire (ID No. 91494)
980 Jolly Rd., Suite 110
Blue Bell, PA 19422
Phone: (610) 397-6500
egoldin@foxrothschild.com
*Attorneys for Defendants Aging with Comfort, Petra Capital Partners, Silverpalm Capital, Christian Chibras, Jean Paul Desrochers, and Beshmir Kripa*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SAMERA BUTLER, Indiv. and o/b/o<br>TOP CHOICE HOME CARE,<br><br>*Plaintiffs,*<br><br>v.<br><br>AGING WITH COMFORT,<br>PETRA CAPITAL PARTNERS,<br>SILVERPALM CAPITAL,<br>CHRISTIAN CHIBRAS,<br>JEAN PAUL DESROCHERS, and<br>BESHMIR KRIPA,<br><br>*Defendants.* | CIVIL ACTION NO. 2:26-CV-04855- JS |

**CERTIFICATE OF SERVICE**

I, Ely Goldin, hereby certify that on September 15, 2026, the foregoing document was filed electronically via the Court's CM/ECF system, which will send notification of such filing to all registered participants. Because Plaintiff Samera Butler is proceeding *pro se* and may not be a registered CM/ECF participant, a true and correct copy of this filing was also served upon Plaintiff via first-class U.S. Mail at the following address:

Samera Butler
216 N. 5th Ave, Unit 3
Long Branch, NJ 07740
Topchoicehomecare@gmail.com

*/s/ Ely Goldin*
Ely Goldin, Esq.